UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-00004-D-RH-1

UNITED STATES OF AMERICA

v.

WILLIAM DEVON HAYES

ORDER

On motion of the Defendant, William Devon Hayes, and for good cause shown, it is hereby ORDERED that the document at Docket Entry **#28** be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 10 day of August, 2026.

JAMES C. DEVER III
United States District Judge